IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| DONTE HART and JONATHAN TOROK, individually and on behalf of all others similarly situated, | : : : : | ELECTRONICALLY FILED |
| Plaintiff, | : | No. 2:15-cv-00659 |
| vs. | : : | Judge Arthur J. Schwab |
| KSW ENVIRONMENTAL, LLC, | : : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITS FOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Donte Hart ("Hart") and Jonathan Torok ("Torok") (collectively "Plaintiffs") file this Unopposed Motion for Leave to Exceed the Page Limits for Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and show the Court the following:

Using the Western District of Pennsylvania's Alternative Dispute Resolution program, the Parties exchanged basic information regarding the class members' claims and engaged in early mediation.[1] Specifically, Defendant produced the compensation data for each employee over the past three years paid under the fluctuating workweek method who worked out of Pennsylvania. Defendant redacted the names of each employee to protect the class members' identity early in the case. The parties reviewed this information and undertook their own investigations. On November 3, 2015, the parties mediated with an experienced wage and hour

---

[1] *See* http://www2.pawd.uscourts.gov/Applications/pawd_adr/Pages/ADRInfo.cfm?

1

mediator, Carole Katz, in Houston, Texas.[2] The parties reached a settlement and now seek approval of the settlement by this Court.

The Unopposed Motion for Approval is 20 pages, excluding the table of contents, table of authorities, signature blocks, certificate of service, and certificate of conference. *See* Exhibit A. Plaintiffs required 20 pages to provide the Court the context of the case, terms of the settlement, and explain the case law that allows the Court to preliminarily approve the settlement. The Court traditionally restricts motions to 15 pages (double spaced with no less than 12 point font and one inch page margins).[3] Plaintiffs comply with all other aspects of the Court's Practices and Procedures, including a Proposed Order with the Motion for Approval.[4]

Plaintiffs have conferred with Defendant and they are not opposed to this request for an enlargement of the page limits to better explain this settlement to the Court. Therefore, Plaintiffs respectfully request the Court grant this Motion.

---

[2]  *See* http://www.carolekatz.com/
[3]  *See* Practices and Procedures of Judge Arthur J. Schwab (II)(B) - http://www.pawd.uscourts.gov/sites/pawd/files/schwab_pp.pdf.
[4]  *Id.* at (II)(C).

Respectfully submitted,

*/s/ Andrew W. Dunlap*
Michael A. Josephson
Pennsylvania Bar No. 308410
Texas Bar No. 24014780
(*Admitted Pro Hac Vice*)
Andrew Dunlap
Texas Bar No. 24078444
(*Admitted Pro Hac Vice*)
Lindsay R. Itkin
Texas Bar No. 24068647
(*Pending Pro Hac Vice*)
Jessica M. Bresler
Texas Bar No. 24090008
*(pending pro hac vice)*
**FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com
litkin@fibichlaw.com
jbresler@fibichlaw.com

AND

Joshua P. Geist
PA. I.D. No. 85745
Goodrich & Geist, P.C.
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

AND

3

>Richard J. (Rex) Burch
>Texas Bar No. 24001807
>(*Admitted Pro Hac Vice*)
>**BRUCKNER BURCH, P.L.L.C.**
>8 Greenway Plaza, Suite 1500
>Houston, Texas 77046
>713-877-8788 – Telephone
>713-877-8065 – Facsimile
>rburch@brucknerburch.com
>
>**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

>*/s/ Andrew W. Dunlap*
>Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

I hereby certify that I have spoken with Counsel for Defendant and Defendant is in agreement with the contents of this Motion.

>*/s/ Andrew W. Dunlap*
>Andrew W. Dunlap